B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Maryland

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Automated Business Power, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **41-2079930** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **7611-J Rickenbacker Drive** **Gaithersburg, MD** ZIP Code **20879** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Automated Business Power, Inc.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)            Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Automated Business Power, Inc.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>**X**  /s/ Nelson C. Cohen<br>Signature of Attorney for Debtor(s)<br><br>  Nelson C. Cohen 08994<br>Printed Name of Attorney for Debtor(s)<br><br>  Zuckerman Spaeder LLP<br>Firm Name<br><br>  1800 M Street, N.W.<br>  Suite 1000<br>  Washington, DC 20036-5802<br><br>Address<br><br>  202-778-1800  Fax: 202-822-8106<br>Telephone Number<br><br>  October  8, 2013<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  /s/ Daniel Akman<br>Signature of Authorized Individual<br><br>  Daniel Akman<br>Printed Name of Authorized Individual<br><br>  President<br>Title of Authorized Individual<br><br>  October  8, 2013<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re    **Automated Business Power, Inc.**      Case No.
                                  Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Absopulse Electronics LTD**<br>**110 Walgreen Road**<br>**West Carleton Industrial Park**<br>**Ontario, Canada** | **Absopulse Electronics LTD**<br>**110 Walgreen Road**<br>**West Carleton Industrial Park**<br>**Ontario, Canada** | **Trade Debt** | | **6,630.00** |
| **ADP Payroll Services**<br>**401 N. Washington Street**<br>**Rockville, MD 20850** | **ADP Payroll Services**<br>**401 N. Washington Street**<br>**Rockville, MD 20850** | **Services Rendered** | | **45,160.27** |
| **American ESOP Advisors, LLC**<br>**5995 Brockton Avenue**<br>**Suite A**<br>**Riverside, CA 92506-1867** | **American ESOP Advisors, LLC**<br>**5995 Brockton Avenue**<br>**Suite A**<br>**Riverside, CA 92506-1867** | **Trade Debt** | | **4,000.00** |
| **AR Northwest/AR Worldwide**<br>**21222 30th Drive, S.E.**<br>**Suite 200**<br>**Bothell, WA 98021** | **AR Northwest/AR Worldwide**<br>**21222 30th Drive, S.E.**<br>**Suite 200**<br>**Bothell, WA 98021** | **Trade Debt** | | **141,397.27** |
| **Burstein & Assoc., LLC**<br>**6701 Democracy Blvd.**<br>**Suite 300**<br>**Bethesda, MD 20817** | **Burstein & Assoc., LLC**<br>**6701 Democracy Blvd.**<br>**Suite 300**<br>**Bethesda, MD 20817** | **Trade Debt** | | **13,416.67** |
| **Dickinson Wright, PLLC**<br>**1875 Eye Street, NW**<br>**Suite 1200**<br>**Washington, DC 20006** | **Dickinson Wright, PLLC**<br>**1875 Eye Street, NW**<br>**Suite 1200**<br>**Washington, DC 20006** | **Services Rendered** | | **2,347.50** |
| **Eureka Capital Partners, LLC**<br>**Attn: Mark Hyman**<br>**52 Vanderbilt Avenue**<br>**Suite 902**<br>**New York, NY 10017** | **Eureka Capital Partners, LLC**<br>**Attn: Mark Hyman**<br>**52 Vanderbilt Avenue**<br>**New York, NY 10017** | **Consulting** | | **8,000.00** |
| **Evolve Bank & Trust**<br>**Attn: Michael New, ESOP Services**<br>**Triad Centre III**<br>**6070 Poplar Avenue, Suite 100**<br>**Memphis, TN 38119** | **Evolve Bank & Trust**<br>**Attn: Michael New, ESOP Services**<br>**Triad Centre III**<br>**Memphis, TN 38119** | **Trade Debt** | | **8,562.50** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Automated Business Power, Inc.**  Case No. _____
　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Eyal Halevy**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **Eyal Halevy**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **Loan** | | **12,975,473.00** |
| **Eyal Halevy**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **Eyal Halevy**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **Loan** | | **135,000.00** |
| **First Power Group**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **First Power Group**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **Landlord** | | **61,813.21** |
| **Future Electronics (US), LLC**<br>**3255 Paysphere Circle**<br>**Chicago, IL 60674** | **Future Electronics (US), LLC**<br>**3255 Paysphere Circle**<br>**Chicago, IL 60674** | **Services Rendered** | | **4,149.84** |
| **Jason Wallace**<br>**2212 Stratos Court**<br>**Navarre, FL 32566** | **Jason Wallace**<br>**2212 Stratos Court**<br>**Navarre, FL 32566** | **Expense Reimbursement** | | **2,009.38** |
| **Montgomery County, Maryland**<br>**Division of the Treasury**<br>**P.O. Box 9418**<br>**Gaithersburg, MD 20898-9418** | **Montgomery County, Maryland**<br>**Division of the Treasury**<br>**P.O. Box 9418**<br>**Gaithersburg, MD 20898-9418** | **Taxes** | | **11,611.36** |
| **PNC Bank**<br>**Attn:  Lisa Pierce**<br>**500 First Avenue**<br>**4th Floor**<br>**Pittsburgh, PA 15219** | **PNC Bank**<br>**Attn:  Lisa Pierce**<br>**500 First Avenue**<br>**Pittsburgh, PA 15219** | **Business Loan** | | **29,440,691.24**<br><br>**(0.00 secured)** |
| **Signal Magazine**<br>**4400 Fair Lakes Court**<br>**Fairfax, VA 22033-3899** | **Signal Magazine**<br>**4400 Fair Lakes Court**<br>**Fairfax, VA 22033-3899** | **Trade Debt** | | **4,929.00** |
| **Stout Risius Ross, Inc.**<br>**Attn:  Scott D. Levine, Managing Dir.**<br>**8180 Greensboro Drive**<br>**Suite 500**<br>**Mc Lean, VA 22102** | **Stout Risius Ross, Inc.**<br>**Attn:  Scott D. Levine, Managing Dir.**<br>**8180 Greensboro Drive**<br>**Mc Lean, VA 22102** | **Trade Debt** | | **10,000.00** |
| **Trivec Avant**<br>**P.O. Box 748349**<br>**Los Angeles, CA 90074-8349** | **Trivec Avant**<br>**P.O. Box 748349**<br>**Los Angeles, CA 90074-8349** | **Trade Debt** | | **5,204.00** |
| **U.S. General Services Administration**<br>**One Constitution Square**<br>**1275 First Street, NE**<br>**Washington, DC 20417** | **U.S. General Services Administration**<br>**One Constitution Square**<br>**1275 First Street, NE**<br>**Washington, DC 20417** | **Contract** | | **2,828.72** |
| **UQU General, LLC**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **UQU General, LLC**<br>**8676 Hawkwood Bay Drive**<br>**Boynton Beach, FL 33473** | **Consulting Fee** | | **262,500.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Automated Business Power, Inc.**                  Case No.  _____

                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 8, 2013**                            Signature    **/s/ Daniel Akman**
                                                                              **Daniel Akman**
                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re   **Automated Business Power, Inc.**                                     Case No.
                                    Debtor(s)                                    Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 8, 2013**             /s/ Daniel Akman
                                        **Daniel Akman**/**President**
                                        Signer/Title

Absopulse Electronics LTD
110 Walgreen Road
West Carleton Industrial Park
Ontario, Canada


Accutrace, Inc.
2986 Scott Blvd.
Santa Clara, CA 95054


ADP Payroll Services
401 N. Washington Street
Rockville, MD 20850


Advanced Packaging Inc.
4818 Seton Drive
Baltimore, MD 21215


Alexander Belik
2406 Epstein Court
Brookeville, MD 20833


Allied Electronics, Inc.
7125 Thomas Edison Drive
Suite 101
Columbia, MD 21046


Alvin L. Aubinoe, Inc.
7507 Arlington Road
Bethesda, MD 20814


American ESOP Advisors, LLC
5995 Brockton Avenue
Suite A
Riverside, CA 92506-1867


Amiram Azoulay
7306 Hawthrone Street
Landover, MD 20875

Andrey Steshenko
12158 Flag Harbor Drive
Germantown, MD 20874


Anthony Adams
3 Nancy Place
Gaithersburg, MD 20877


AR Northwest/AR Worldwide
21222 30th Drive, S.E.
Suite 200
Bothell, WA 98021


Arrow Financial Services, LLC
5996 W. Touhy Avenue
Niles, IL 60714


Boris Bolembakh
11601 Hourglass Way
Germantown, MD 20876


Burstein & Assoc., LLC
6701 Democracy Blvd.
Suite 300
Bethesda, MD 20817


Cheryl Ertter
13448 Old Annapolis Road
Mount Airy, MD 21771


Connector Technology, Inc.
5 Walter Foran Blvd.
Suite 4005
Flemington, NJ 08822


Daniel A. Akman
1116 Churchview Place
Potomac, MD 20854-2943

Dickinson Wright, PLLC
1875 Eye Street, NW
Suite 1200
Washington, DC 20006


Digi-Key Corporation
701 Brooks Avenue
P.O. Box 677
Thief River Falls, MN 56701-0677


Eugene Lozinsky
13308 A Kimarnock Way
Germantown, MD 20874


Eureka Capital Partners, LLC
Attn:  Mark Hyman
52 Vanderbilt Avenue
Suite 902
New York, NY 10017


Evolve Bank & Trust
Attn:  Michael New, ESOP Services
Triad Centre III
6070 Poplar Avenue, Suite 100
Memphis, TN 38119


Eyal Halevy
8676 Hawkwood Bay Drive
Boynton Beach, FL 33473


Fabpro Technologies, Inc.
4764 Hollins Ferry Road
Halethorpe, MD 21227


Federal Custom Cable
1891 Alton Parkway
Irvine, CA 92606

FedEx Corp. Revenue Services
3965 Airways
Module G
Memphis, TN 38116


First Power Group
8676 Hawkwood Bay Drive
Boynton Beach, FL 33473


Future Electronics (US), LLC
3255 Paysphere Circle
Chicago, IL 60674


Gail Victoria Parks
18157 Metz Drive
Germantown, MD 20874


Galaxy Wire and Cable, Inc.
903 Sheehy Drive
Suite E
Horsham, PA 19044


Gebhardt & Smith LLP
Richard A. DuBose, III
One South Street
Suite 2200
Baltimore, MD 21202-3281


Gerald Sorrentino
3131 Cabin Run Road
Woodbine, MD 21797


Hi-Tech Fasteners, Inc.
P.O. Box 517
Buckeystown, MD 21717-0517


IDT America
P.O. Box 27894
Newark, NJ 07101-7894

Indira Dayal
19328 Circle Gate Drive
Apt. 201
Germantown, MD 20874


Ivan P. Firsov
18121 Marksman Circle
Apt. 302
Olney, MD 20832


James S. Simson
1609 Ellie Avenue
Fayetteville, NC 28314


Jason Wallace
2212 Stratos Court
Navarre, FL 32566


Jerry Hartsock
739 E. Braeburn Drive
Phoenix, AZ 85022


Kelly Anne Huber
20408 Shore Harbour Drive
Apt. C
Germantown, MD 20874-5425


Konstantin Kutselik
6 Mannakee Street
Rockville, MD 20850


Mary Kay Estes
7906 Pearl Bush Drive
Unit 301
Gaithersburg, MD 20879


Miguel Saenz
102 Dartmouth Drive
Hagerstown, MD 21742

```
Mikhail Shtirberg
205 B Cork Tree Lane
Rockville, MD 20850



Montgomery County, Maryland
Division of the Treasury
P.O. Box 9418
Gaithersburg, MD 20898-9418



Mouser Electronics, Inc.
1000 N. Main Street
Mansfield, TX 76063-1511



Oleg Drybulenda
2503 Baltimore Road
Apt. 7
Rockville, MD 20853



Oleksandr Levytskyi
7911 Woodsbury Drive
Silver Spring, MD 20910



Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608



PNC Bank
Attn:  Lisa Pierce
500 First Avenue
4th Floor
Pittsburgh, PA 15219



Premier Court Condo Association
m/a Tyler-Donegan, Inc.
3280 Urbana Pike
Suite 207
Ijamsville, MD 21754
```

```
RS Electronics
8271 Solutions Center
Chicago, IL 60677-8002



Sensata Technologies
529 Pleasant Street
P.O. Box 2964
Attleboro, MA 02703



Shakespeare Electronics Products Group
3801 Westmore Drive
Columbia, SC 29223



Signal Magazine
4400 Fair Lakes Court
Fairfax, VA 22033-3899



SOFEX
c/o SGI
P.O. Box 88096
Fayetteville, NC 28304



Stout Risius Ross, Inc.
Attn:  Scott D. Levine, Managing Dir.
8180 Greensboro Drive
Suite 500
Mc Lean, VA 22102



Trivec Avant
P.O. Box 748349
Los Angeles, CA 90074-8349



U.S. General Services Administration
One Constitution Square
1275 First Street, NE
Washington, DC 20417
```

```
UQU General, LLC
8676 Hawkwood Bay Drive
Boynton Beach, FL 33473



Vyacheslav Mishin
6017 Riggs Road
Laytonsville, MD 20882



Walter Wallace
196 Wallin Road
Reidsville, NC 27320



Washington Gas
Attn:  Customer Care
6801 Industrial Road
Springfield, VA 22151
```